UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Malik Laughlin; Kenneth Lewis; and Michael Hari,<br><br>    Plaintiffs,<br><br>v.<br><br>James Stuart, Sheriff of Anoka County; Jonathon Evans, Deputy Sheriff of Anoka County; Lt. Sheila Larson, Deputy Sheriff of Anoka County; Sgt. Carrie Wood, Deputy Sheriff of Anoka County; Tessa Villergas, Anoka County Deputy Sheriff; and Jesse Rasmussen, Anoka County Deputy Sheriff,<br><br>    Defendants. | File No. 19-cv-2547 (ECT/TNL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION** |

Magistrate Judge Tony N. Leung issued a Report and Recommendation ("R&R") on May 12, 2021.  ECF No. 348.  No Party has objected to that R&R, and it is therefore reviewed for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 348] is **ACCEPTED**; and

2. The Motion for Injunction Relief [ECF No. 288] is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 9, 2021      s/ Eric C. Tostrud
                          Eric C. Tostrud
                          United States District Court