UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Malik Laughlin, et al., | Case No. 19-cv-2547 (ECT/TNL) |
| Plaintiffs, | |
| v. | ORDER |
| James Stuart, et al., | |
| Defendants. | |

---

This matter is before the Court, United States Magistrate Judge Tony N. Leung, on two matters: Plaintiff Emily C. Hari, formerly known as Michael B. Hari's, Motion to Change Caption (ECF No. 395) and Hari's request to file a surresponse in opposition to County Defendants' Motion for Summary Judgment (ECF No. 392).

## I. MOTION TO CHANGE CAPTION

On July 1, 2021, in the State of Minnesota, Tenth Judicial District, County of Sherburne, Court File No.: 17-cv-21-186, Plaintiff Hari's name change petition was granted and her legal name was changed to Emily Claire Hari. She now requests a change in this case's caption. County Defendants do not oppose the motion and no other opposition has been filed. (ECF No. 400.) The Court finds good cause exists to change Plaintiff Hari's name in the caption of this case.

## II. REQUEST TO FILE SURRESPONSE

Upon the filing of the reply brief in support of their Motion for Summary Judgement, County Defendants informed the Court that a number of exhibits attached to

1

Plaintiff's memorandum in opposition were never produced to County Defendants in discovery. (ECF No. 387 at 1.) They asked the Court to exclude these exhibits. (*Id.*) In response, Hari filed a letter requesting the opportunity to file a surresponse if the Court "intends to rule on exclusion of these documents." (ECF No. 392 at 1; *see also* ECF No. 394 at 1.) Plaintiffs' responsive memorandum in opposition to County Defendants' motion totals 19,987 words. (ECF No. 371 at 33.) This vastly exceeds this district's limit of 12,000 words. *See* D. Minn. LR 7.1(f). Further, Plaintiffs did not seek Court permission prior to exceeding this word limit, as the rule requires. *Id.* Hari's request to again exceed this word limit is denied.

### III. ORDER

Therefore, based upon the record, memoranda, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff Hari's Motion to Change Caption (ECF No. 395) is **GRANTED**.

2. The name of Plaintiff Hari in this matter, namely 19-cv-2547 (ECT/TNL), is hereby changed from "Michael Hari" to "Emily Claire Hari, f/k/a Michael Hari."

3. The Clerk of Court is directed to change Plaintiff Hari's name to Emily Claire Hari, f/k/a Michael Hari.

4. Hari's Request to File a Surresponse (ECF No. 392) is **DENIED**.

5. All prior consistent orders remain in full force and effect.

6. Failure to comply with any provision of this Order or any other prior consistent order shall subject the non-complying party, non-complying counsel and/or the party such counsel represents to any and all appropriate remedies, sanctions and the like, including without limitation: assessment of costs, fines and attorneys' fees and disbursements; waiver of rights to object; exclusion or limitation of witnesses, testimony, exhibits, and other evidence;

summary denial of motions; striking of pleadings; complete or partial dismissal with prejudice; entry of whole or partial default judgment; and/or any other relief that this Court may from time to time deem appropriate.

Date: December  21 , 2021             *s/Tony N. Leung*
Tony N. Leung
United States Magistrate Judge
District of Minnesota

*Laughlin, et al. v. Stuart, et al.*
Case No. 19-cv-2547 (ECT/TNL)